FILED
CLERK, U.S. DISTRICT COURT

December 28, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABREU GEOVANNI,<br><br>   Petitioner,<br><br>   v.<br><br>STU SHERMAN, Warden,<br><br>   Respondent. | No. CV 14-07285-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge. In addition, the Court finds that the allegations made in Petitioner's objections do not show extraordinary circumstances that made it impossible for him to file a timely petition.

///

///

///

1          IT IS THEREFORE ORDERED that Judgment be entered dismissing

2    this action with prejudice.

3

4    DATED:  December 28, 2015

5                                                         _____
                                                          DOLLY M. GEE
6                                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28