JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
December 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABREU GEOVANNI,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　Respondent. | No. CV 14-07285-DMG (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that this action is dismissed with prejudice.

DATED:  December 28, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　United States District Judge